UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ALL-WAYS FORWARDING INT'L, INC.,

                Plaintiff,

-against-

M/V ONE APUS in rem, CHIDORI SHIP
HOLDING LLC, JESSICA SHIP HOLDING S.A.,
NYK SHIPMANAGEMENT PTE LTD., OCEAN
NETWORK EXPRESS PTE LTD., HMM CO.,
LTD. f/k/a HYUNDAI MERCHANT MARINE
CO., LTD., and PATSON LOGISTICS LIMITED,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/2021_

21 Civ. 10154 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to proceed under a master scheduling order for the cases steming from the losses on the M/V ONE APUS. However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed. By **thirty (30) days after the execution of a waiver of service or thirty (30) days after service is completed, whichever is sooner**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when. The parties need not file a case management plan until further order by the Court.

    SO ORDERED.

Dated: December 22, 2021
       New York, New York

                                                ANALISA TORRES
                                  United States District Judge