UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
                           :

IN RE:                         :

                         :          22-md-3028 (PAE)

*ONE APUS* CONTAINER SHIP INCIDENT  :

ON NOVEMBER 30, 2020        :    **STIPULATION OF VOLUNTARY**

                         :  **DISMISSAL PURSUANT TO FRCP**

*This Document Relates to Munich Re Syndicate*  :       **41(A)(1)(A)(ii)**

*Limited, Underwriters At Lloyd's v. Shipco*  :

*Transport, Case No. 1:22-cv-2678, Southern*  :

*District of New York*             :

--------------------------------------------------------- X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

      IT IS HEREBY STIPULATED AND AGREED by and between all parties and/or their

respective counsel to Case No. 1:22-cv-2678, who have appeared, that the above-captioned action

be dismissed in its entirety, with prejudice pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

      The parties stipulate and agree that this dismissal is <u>*only*</u> with respect to Case No. 1:22-cv-

2678, styled "Munich Re Syndicate Limited, Underwriters at Lloyd's v. Shipco Transport" and

filed on the docket of this honorable Court on March 31, 2022, and shall have no effect on any of

the other matters pending in the MDL in which plaintiffs are represented by Jonathan W. Thames

and the firm of Nicoll Black Altenbrun & Feig.

**IT IS SO STIPULATED.**

Dated:  November 7, 2025

NICOLL BLACK ALTENBRUN & FEIG        LAW OFFICE OF MARLO J. HITTMAN
PLLC

By: _____      By: _____
Jonathan W Thames                 Marlo J. Hittman
50 California St., Suite 1500           354 Eisenhower Pkwy, Plaza II, Suite 2575
San Francisco, CA 94111             Livingston, NJ 07039
Tel: 408-419-1088                 Tel: 973-751-7000

*Attorneys for Plaintiffs Munich Re Syndicate Limited, Underwriters at Lloyd's*

*Attorneys for Defendant Shipco Transport, Inc.*